1  Elliot J. Siegel (Bar No. 286798)
   elliot@kingsiegel.com
2  **KING & SIEGEL LLP**
3  724 S. Spring Street, Suite 201
   Los Angeles, California 90014
4  tel:   (213) 465-4802
5  fax:   (213) 465-4803

6  Attorneys for Plaintiff and Putative Class

7
   Cassandra Ferrannini (Bar No. 204277)
8  cferrannini@downeybrand.com
9  Wilfred Gual Jr. (Bar No. 340571)
   wgual@downeybrand.com
10 **DOWNEY BRAND LLP**
11 621 Capitol Mall, 18th Floor
   Sacramento, CA 95814
12
13 Attorneys for Defendants

14              **UNITED STATES DISTRICT COURT**

15              **EASTERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| **Alex Mesquita**, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>**California Ammonia Co. d/b/a CALAMCO**, a California corporation; **Daniel Stone**, an individual; and **Does 1-10**, inclusive;<br><br>Defendants. | CASE NO. 2:24-cv-00913-KJM-JDP<br><br>Assigned to the Honorable Kimberly J. Mueller<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>[*Joint Stipulation Filed Concurrently Herewith*]<br><br>Hearing Date:      May 17, 2024<br>Hearing Time:     10:00 a.m.<br>Courtroom:         3, 15th Floor |

1

Order Granting Joint Stipulation to Continue Briefing Schedule Re Defendants' Motion to Dismiss

**ORDER**

Pursuant to the parties stipulated request to continue the briefing schedule, the court extends the deadlines as follows: Plaintiff shall respond to defendants' motion on or before April 26, 2024, and defendants shall file their reply on or before May 3, 2024.

**IT IS SO ORDERED.**

Dated: April 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE