Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Suite 201
Los Angeles, California 90014
tel:   (213) 465-4802
fax:   (213) 465-4803

Attorneys for Plaintiff and Putative Class

Cassandra Ferrannini (Bar No. 204277)
cferrannini@downeybrand.com
Farah Amjad (Bar No. 346199)
famjad@downeybrand.com
**DOWNEY BRAND LLP**
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Alex Mesquita**, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>**California Ammonia Co. d/b/a CALAMCO**, a California corporation; **Daniel Stone**, an individual; and **Does 1-10**, inclusive;<br><br>Defendants. | CASE NO. 2:24-cv-00913-KJM-JDP<br><br>Assigned to the Honorable Kimberly J. Mueller<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE STATUS PRETRIAL SCHEDULING CONFERENCE AND EXTEND PLAINTIFF'S TIME TO AMEND THE COMPLAINT**<br><br>[*Joint Stipulation Filed Concurrently Herewith*]<br><br>Hearing Date:     May 17, 2024<br>Hearing Time:    10:00 a.m.<br>Courtroom:        3, 15th Floor |

1

Order Granting Joint Stipulation to Continue the Status Pretrial Scheduling Conference & Extend Plaintiff's Time to Amend the Complaint

**ORDER**

On April 18, 2024, the Parties submitted to the Court an executed Joint Stipulation to Continue the Status Pretrial Scheduling Conference. Upon review and consideration of the Parties' Joint Stipulation, and good cause appearing, it is hereby ordered:

1. The Scheduling Conference currently scheduled for May 17, 2024 at 10:00 a.m. in Courtroom 3 shall be continued to August 8, 2024 at 2:30 p.m. before Chief District Judge Kimberly J. Mueller. The August hearing will proceed by video conferencing through the Zoom application. The Courtroom Deputy will provide counsel with the hearing access information no less than 24 hours before the hearing.
2. The Parties shall file their Joint Rule 26(f) Report no later than fourteen (14) days prior to the Scheduling Conference.
3. Plaintiff shall have until April 26, 2024 to file a First Amended Complaint.

**IT IS SO ORDERED**

DATED:  April 23, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1

Order Granting Joint Stipulation to Continue the Status Pretrial Scheduling Conference & Extend Plaintiff's Time to Amend the Complaint